**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| JANET ADAMS AND ROBERT ADAMS, HER HUSBAND, | : | No. 132 WAL 2017 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| DAVID A. REESE AND KAREN C. REESE, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.